Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Phone: 323-306-4234
tfriedman@toddflaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILY RODRIGUEZ, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-04315-CV-MBK |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| ZIER, INC., a FLORIDA corporation d/b/a WWW.UNIFORMADVANTAGE.COM, | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: November 26, 2025    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                                            By: s/Todd M. Friedman
                                              TODD M. FRIEDMAN
                                              Attorney for Plaintiff

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On November 26, 2025, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following document: **NOTICE OF SETTLEMENT** on the interested parties in said case as follows:

[x]   ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 23586 Calabasas Rd., Suite 105, Calabasas, CA 91302.

Executed on November 26, 2025

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: s/ Todd M. Friedman
      Todd M. Friedman