JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ZIER, INC., a FLORIDA corporation d/b/a WWW.UNIFORMADVANTAGE.COM,<br><br>Defendant. | Case No. 2:25-cv-04315-CV (MBKx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS** |

On January 26, 2026, the parties filed a stipulation to dismiss this action with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("Stipulation"). Doc. # 17. The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that this matter is DISMISSED WITH PREJUDICE as to Plaintiff's individual claims and WITHOUT PREJUDICE as to to putative class claims. Each party shall bear their own costs and attorney fees.

Dated: 2/10/26

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE